# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

FRANCIS BOYD,

     Petitioner

    v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,

     Respondent

:   No. 172 EM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 31st day of October, 2017, the Application Seeking Enforcement is DENIED.